
FILED
CLERK, U.S. DISTRICT COURT
1/7/2019
CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY H. WHITE,<br><br>    Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 8:18-cv-01954-CJC-MAA<br><br>**ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE OR TO COMPLY WITH COURT ORDER** |

  Kimberly H. White ("Plaintiff") filed a complaint seeking review of the final decision of the Acting Commissioner of the Social Security Administration. (ECF No. 1.) With her complaint, Plaintiff filed a request to proceed *in forma pauperis*. (ECF No. 2.) On November 6, 2018, District Judge Cormac J. Carney denied Plaintiff's request to proceed *in forma pauperis* for inadequate showing of indigency. (ECF No. 5.) Judge Carney ordered Plaintiff to pay the filing fees in full within 30 days or face dismissal of the action. (*Id.*) Over 30 days have passed since Judge Carney's order, and Plaintiff has yet to pay the filing fees in full.

  District courts have the inherent authority to dismiss actions for failure to prosecute or to comply with court orders. *See* Fed. R. Civ. P. 41(b); *Link v. Wabash R.R. Co.*, 370 U.S. 626, 629-30 (1962) (courts have power dismiss for lack

of prosecution to prevent undue delay in the disposition of pending cases and to avoid congestion in court calendars); *Ferdik v. Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992) (district court may dismiss action for failure to comply with any court order).

Plaintiff has not timely complied with the Court's order requiring her to pay the filing fees in full. Further, Plaintiff has not submitted anything to the Court indicating that she wishes to proceed with this action given the Court's order denying her *in forma pauperis* status. Plaintiff is **ORDERED TO SHOW CAUSE** no later than **February 7, 2019** why this action should not be dismissed for failure to prosecute or to comply with the Court's order of November 6, 2018. This order to show cause will be discharged automatically if Plaintiff pays the filing fees in full on or before February 7, 2019. Failure to respond to this order may result in a recommendation from the undersigned Magistrate Judge that this case be dismissed.

IT IS SO ORDERED.

DATED: January 7, 2019

_____
MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE