FILED
CLERK, U.S. DISTRICT COURT

3/21/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_CW\_\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY H. WHITE,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　Defendant. | Case No. 8:18-cv-01954-CJC-MAA<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

　　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint and all other records on file, as well as the Report and Recommendation of the United States Magistrate Judge. The time for filing objections has expired and no objections have been made. The Court accepts the findings and recommendations of the United States Magistrate Judge.

///
///
///
///
///
///
///

1 | IT IS THEREFORE ORDERED that Judgment be entered dismissing this
2 | action without prejudice.

IT IS SO ORDERED.

DATED: March 21, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE