JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

3/21/2019

CENTRAL DISTRICT OF CALIFORNIA
BY: _____CW_____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIMBERLY H. WHITE,<br><br>               Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL, Acting<br>Commissioner of Social Security,<br><br>               Defendant. | Case No. 8:18-cv-01954-CJC-MAA<br><br>**JUDGMENT** |

    In accordance with the Order Accepting Findings and Recommendations of United States Magistrate Judge filed herewith,

    IT IS HEREBY ADJUDGED that the Complaint and entire action is dismissed without prejudice.

DATED:  March 21, 2019

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE